USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIRAN LI,

Plaintiff,

-against-

JOSEPH BENJAMIN EDLOW, Director U.S. Citizenship and Immigration Services, and KRISTI NOEM, Secretary U.S. Department of Homeland Security,

Defendants.

26-CV-00845 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 21, 2026, Plaintiff notified the Court that she dismisses all claims in this action with prejudice, *see* Dkt. 15;

IT IS HEREBY ORDERED that all claims against Defendants in this action are DISMISSED WITH PREJUDICE. The Clerk of Court is respectfully directed to CLOSE this case.

**SO ORDERED.**

**Date: October 14, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**